DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAGDA MENEIDE,**
Appellant,

v.

**CLAUDE BAROSY,**
Appellee.

No. 4D2023-0156

[December 21, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE22-3311.

Magda Meneide, Margate, pro se.

Erin Pogue Newell of Florida Appeals, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***